UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>CHRISTEN BARRETT,<br><br>Plaintiff. | Case No. 20-cv-03249-EMC<br><br>**ORDER OF DISMISSAL**<br><br>Docket No. 1 |

Plaintiff sent to the Court a letter complaining about an error in his records at San Quentin State Prison. In an effort to protect his rights, a new action was opened and the letter was filed on May 14, 2020. Plaintiff was informed that he had not filed a complaint, and was notified that he had 28 days to do so or the action would be dismissed. Docket No. 2. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was notified that he had 28 days to either pay the fee or file the application or the action would be dismissed. Docket No. 3. Plaintiff did not file a complaint or file an *in forma pauperis* application or pay the fee. This action therefore is **DISMISSED** without prejudice for failure to file a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 14, 2020

_____
EDWARD M. CHEN
United States District Judge